**DISMISS; and Opinion Filed August 29, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00367-CV

**DALLAS CENTRAL APPRAISAL DISTRICT, Appellant**
**V.**
**F6TAWS, LLC (TOWERS AT WILLIAMS SQUARE), Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-10485-C**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Brown
Opinion by Justice Brown

Stating they have resolved all matters in dispute between them, the parties have filed a joint motion requesting the Court render judgment effectuating their agreement and dismiss the appeal. We grant the motion. We render judgment effectuating the parties' settlement agreement and dismiss the appeal.

/Ada Brown/
ADA BROWN
JUSTICE

140367F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DALLAS CENTRAL APPRAISAL
DISTRICT, Appellant

No. 05-14-00367-CV          V.

F6TAWS, LLC (TOWERS AT WILLIAMS
SQUARE), Appellee

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-10485-C.
Opinion delivered by Justice Brown. Justices
Lang and Myers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the trial court's judgment.

IT IS **ORDERED, ADJUDGED and DECREED**, pursuant to the agreement of the parties and section 42.41 of the Texas Property Tax Code, that Dallas Central Appraisal District (DCAD) shall forwith modify and correct the 2012 appraisal roll to reflect the following appraised values of F6TAWS, LLC's (Towers at Williams Square) properties in Dallas County, Texas as of January 1, 2012:

| DCAD Account No. | Address | Value for 2012 |
|---|---|---|
| 32258520000010000 | 5215 N O'CONNOR BLVD | $ 64,533,436.00 |
| 32258520000010100 | 5205 N O'CONNOR RD | $ 38,329,398.00 |
| 32258520000010200 | 5201 N O'CONNOR BLVD | $ 5,227,412.00 |
| 32258520000010300 | 5221 N O'CONNOR BLVD | $ 38,073,966.00 |
| | | $146,164,212.00 |

IT IS **FURTHER ORDERED, ADJUDGED AND DECREED**, pursuant to the agreement of the parties:

1.      That DCAD shall forthwith notify the Assessor for the affect Taxing Units of the corrected assessment valuation in order that corrected tax bills and/or any necessary tax refunds may be issued for the above-referenced property as provided in Texas Property Tax Code Chapter 42, Subchapter C, and Chapter 31.

2.      The parties acknowledge that section 42.43 of the Texas Property Tax Code provides for payment of interest on any refund made as a result of a final determination of an appeal which decreases a property tax owner's liability. However, the parties agree that no interest will be paid on any refund by the applicable taxing units to the Property Owner under section 42.43 of the Tax Code, if the refund is paid within ninety (90) days after the date the Chief Appraiser certifies the correction to the Appraised Roll under section 42.41 of the Tax Code.

3.      All attorneys' fees are to be borne by the party incurring same.

4.      All costs are taxed against the parties incurring same under Texas Rule of Appellate Procedure 42.1(a), and this Judgment disposes of all parties and all claims.

5.      This decision shall be certified to the Court below for observance.

6.      Each party shall bear its own costs of this appeal.

Judgment entered this 29th day of August, 2014.